UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

STEVEN LOUIS CANHA,

    Plaintiff,

v.

JACKSON COUNTY, OREGON;
SHERIFF WALTER HAUSSNER;
DARREL WILTROUT,

    Defendants.

Case No. 1:19-cv-01708-CL

ORDER OF DISMISSAL

CLARKE, Magistrate Judge:

    Plaintiff, an inmate at Jackson County Jail, filed this action pursuant to 42 U.S.C. § 1983 and alleged violations of his right to the free exercise of religion.

    On February 5 and March 5, 2020, mail sent to plaintiff by this Court was returned as undeliverable. (ECF Nos. 9, 10, 14). On March 18, 2020, defendants moved to dismiss or to make plaintiff's claims more definite and certain.

    To date, plaintiff has not updated his address or responded to defendants' motion. Pursuant to Local Rule 83-12, when an unrepresented party "has failed to notify the Clerk of a changed address, and the failure to notify the Clerk of the change of an address continues for 60

1   - ORDER OF DISMISSAL

days, then the Court may strike appropriate pleadings, enter a default, or dismiss the action." Plaintiff's failure to notify the Court of an updated address has continued for more than sixty days, and he has not contacted the Court since November 2019. In these circumstances, I find dismissal without prejudice appropriate.

Accordingly, this action is DISMISSED without prejudice, and defendants' Motion (ECF No. 15) is DENIED moot.

IT IS SO ORDERED.

DATED this 10th day of June, 2020.

/s/ Mark D. Clarke
MARK D. CLARKE
United States Magistrate Judge

2   - ORDER OF DISMISSAL